No. —, original. EX PARTE ROMAO LUKIANCGUK. November 7, 1938. Motion for leave to file petition for writ of habeas corpus denied.

No. —, original. MASSACHUSETTS *v.* MISSOURI ET AL. November 7, 1938. Rule ordered to issue requiring defendants to show cause why leave to file the bill of complaint herein should not be granted.

No. 329. BUCK ET AL. *v.* GALLAGHER ET AL. Appeal from the District Court of the United States for the Western District of Washington. November 7, 1938. Motion to dismiss the appeal granted as to Ernest N. Hutchinson, John D. Evans, and Sam M. Driver, and the appeal is dismissed as to those three appellees. In all other respects the motion is denied. *Messrs. Thomas G. Haight, Louis D. Frohlich*, and *Herman Finkelstein* for appellants. *Messrs. G. W. Hamilton*, Attorney General of Washington, *John Egan Belcher*, Assistant Attorney General, *Edwin C. Ewing, Ralph E. Foley, Sam M. Driver*, and *Alfred J. Schweppe* for appellees.